# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STORMY LYNN HAMPTON,**
**ADC # 711838**                                                 **PLAINTIFF**

v.                              **No. 1:16-cv-171-DPM**

**ARKANSAS DEPARTMENT OF**
**CORRECTION,** *et al.*                                         **DEFENDANTS**

### ORDER

Hampton's motion to extend time, № 6, is granted.  Any objection to the

Proposed Findings and Recommendations, № 5, due by 20 March 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*3 March 2017*