IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STORMY LYNN HAMPTON,
ADC # 711838                                                              PLAINTIFF

v.                              No. 1:16-cv-171-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, *et al.*                                                    DEFENDANTS

ORDER

1. The Court construes Hampton's motion for more time, № 6, as an objection to the proposed recommendation. FED. R. CIV. P. 72(b). Hampton hasn't filed any more objections since the Court granted the requested extension; and the time to do so has passed. № 7.

2. On *de novo* review, the Court adopts the recommendation as modified. № 5. Construing the complaint liberally, Hampton has stated a deliberate indifference claim against Deputy Warden Faust. № 2 at 5. But without more particulars about who did what and when, Hampton hasn't stated any other claims that can proceed past screening. Her claims against the remaining Defendants are therefore dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 April 2017