# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STORMY LYNN HAMPTON,
ADC # 711838                                                                PLAINTIFF

v.                              No. 1:16-cv-171-DPM

FAUST, Deputy Warden                                                        DEFENDANT

## ORDER

Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hampton's remaining claims will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Faust's motion to dismiss, № 12, is denied without prejudice as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017