IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STORMY LYNN HAMPTON,
ADC # 711838                                                                PLAINTIFF

v.                       No. 1:16-cv-171-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, *et al.*                                                        DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017